(81 South. 567)

Ex parte SHELBY.    (2 Div. 690.)

(Supreme Court of Alabama.    April 10, 1919.)

CERTIORARI ⬥68—MATTERS REVIEWABLE.

On certiorari to review a decision of the Court of Appeals, the Supreme Court will accept what the Court of Appeals may say as to what facts are or are not shown by the record.

Certiorari to Court of Appeals.

Petition of Lizzie Shelby for certiorari to the Court of Appeals. Writ denied.

Lavendar & Thompson and Jerome T. Fuller, all of Centreville, for appellant.

Ellison & Dominick, of Centreville, for appellee.

MAYFIELD, J. The Court of Appeals reversed the judgment of the lower court on account of the giving of three charges requested by appellee.

The opinion of the Court of Appeals states that the charges were erroneous because they ignored some of the evidence in the record. Under the rule adopted and pursued by this court in considering certiorari proceedings to the Court of Appeals, we do not review such questions as to what facts are shown by the record; we accept what the Court of Appeals may say as to what facts are or are not shown by the record.

It results that the application for certiorari must be denied.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.